FILED

07/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0001

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0001

STATE OF MONTANA,

     Plaintiff,

vs.

          O R D E R

STERLING GLENN BROWN,

     Defendant.

Sterling Glenn Brown, via counsel, has petitioned to disqualify the Honorable Olivia Rieger from presiding in Cause No. DC-40-2023-1 in the Seventh Judicial District Court, Prairie County, pursuant to § 3-1-805, MCA.

It has come to this Court's attention that Judge Rieger has disqualified herself from this case.

IT IS THEREFORE ORDERED that the motion to disqualify Judge Rieger is DENIED as MOOT.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Prairie County for notification to all counsel of record in Cause No. DC-40-2023-1, and to the Honorable Olivia Rieger.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 10 2024